J. ARON & CO., INC., Respondent, v. GRANVILLE FORWARDING CO., INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment of taxable costs to date and ten dollars costs of the motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET M. HARLAN and Others, Appellants, v. JAMES S. HARLAN, Respondent, Impleaded with JOHN MAYNARD HARLAN and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEONARD DAY, Appellant, v. ADELAIDE ALLEN DAY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM E. FRIEDMAN, Respondent, v. SIMON & KRIVIT, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAIGE-DETROIT COMPANY OF NEW YORK, INC., Appellant, v. SIEGELMAN COMPANY, INC., and Another, Defendants, Impleaded with THE FRANKLIN FIRE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment of all costs and ten dollars costs of the motion at Special Term, less the costs of this appeal. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY LINDH and Others, Respondents, v. NATIONAL EQUITABLE INVESTMENT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AUSTIN F. KNOWLES, JR., and Others, Respondents, v. NATIONAL EQUITABLE INVESTMENT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN BING, Appellant, v. BING-WERKE VORMALS GEBRUDER BING ACTIENGESELLSCHAFT, NURNBERG, Responde t.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SARAH C. POTTER, Appellant, v. HOWARD M. POTTER, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN SPITZER, Respondent, v. WILLIAM MEYER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS BAILLY, Appellant, v. ADOLFO BETTI and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR R. BRODY, Respondent, v. JUANITA MARTEN, Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.